UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE JENNINGS(S), <br><br> Plaintiff, <br><br> v. <br><br> DUKE PARTNERS II, LLC, *et al.*, <br><br> Defendants. | Case No. C17-969RSL <br><br> ORDER GRANTING WELLS FARGO BANK, N.A.'S MOTION TO DISMISS |

This matter comes before the Court on the motion to dismiss under Fed. R. Civ. P. 12(b)(6) of defendant Wells Fargo Bank, N.A. Dkt. # 6. Plaintiff has not opposed defendant's motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff's claims against Wells Fargo Bank, N.A. are barred by *res judicata* and also insufficiently pled. Defendant's motion is therefore GRANTED, and plaintiff's claims against Wells Fargo Bank, N.A. are hereby DISMISSED with prejudice.

Dated this 3rd day of August, 2017.

Robert S. Lasnik
United States District Judge

ORDER GRANTING WELLS FARGO'S MOTION TO DISMISS - 1