UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE JENNINGS(S), <br><br> Plaintiff, <br><br> v. <br><br> DUKE PARTNERS II, LLC, *et al.*, <br><br> Defendants. | Case No. C17-969RSL <br><br> ORDER GRANTING AFRCT LLP AND REBECCA SHRADER'S MOTION TO DISMISS |

This matter comes before the Court on the motion to dismiss under Fed. R. Civ. P. 12(b)(6) of defendants AFRCT LLP and Rebecca Shrader. Dkt. # 8. Plaintiff has not opposed defendants' motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff's claims against AFRCT LLP and Ms. Shrader are barred by the litigation privilege and also insufficiently pled. Defendants' motion is therefore GRANTED, and plaintiff's claims against AFRCT LLP and Rebecca Shrader are hereby DISMISSED with prejudice.

Dated this 3rd day of August, 2017.

Robert S. Lasnik
United States District Judge

ORDER GRANTING AFRCT LLP AND
REBECCA SHRADER'S MOTION TO DISMISS - 1