UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE JENNINGS,<br><br>               Plaintiff,<br>v.<br><br>DUKE PARTNERS II, LLC, *et al.*,<br><br>               Defendants. | Case No. C17-969RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On July 28, 2017, plaintiff filed a Motion for Remand and Motion for Severance which, taken as a whole, exceeds 50 pages in length. (Dkt. # 10). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why she should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiff shall immediately deliver a paper copy of the motions and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 3rd day of August, 2017.

                                  /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge