UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUZANNE JENNINGS

Plaintiff,

v.

DUKE PARTNERS II, LLC, *et al.*,

Defendants.

Cause No. C17-0969RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the
HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On July 28, 2017, plaintiff filed a motion to remand in the above-captioned matter. Dkt.
# 10. Contrary to the requirements of LCR 7(b)(1), the motion was not noted on the Court's
calendar. Because the motion falls into the category of "motions directed toward changing the
forum," it should have been noted for consideration on the fourth Friday after filing. See LCR
7(d)(3). The Clerk of Court is therefore directed to note Dkt. # 10 on the Court's calendar for
Friday, August 25, 2017.

DATED this 9th day of August, 2017.

                                        /s/ Kerry Simonds
                                Kerry Simonds, Deputy Clerk to
                                the Honorable Robert S. Lasnik, Judge

MINUTE ORDER