1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7  _____ )
8  SUZANNE JENNINGS,                       )
                                           )    Case No. C17-969RSL
9                        Plaintiff,        )
              v.                           )
                                           )    ORDER TO SHOW CAUSE
10 DUKE PARTNERS II, LLC., *et al.*,        )
                                           )
11                       Defendants.       )
   _____ )
12

13          On November 15, 2017, the Court issued an order requiring the parties to file a

14 Joint Status Report by December 13, 2017.  No such report has been filed and the parties have

15 not sought or obtained an extension of time in which to make the required submission.  The

16 parties shall, no later than Friday, January 5, 2018, file their Joint Status Report and show cause

17 to the Court why sanctions including dismissal should not be imposed for their failure to comply

18 with the Order of November 15, 2017.  The Clerk is directed to place this Order to Show Cause

19 on the Court's calendar for January 5, 2018.

20

21          DATED this 15th day of December, 2017.

22

23

24                                          *Mnr S Lasnik*

25                                          Robert S. Lasnik
                                            United States District Judge

26

ORDER TO SHOW CAUSE