# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SUZANNE JENNINGS,

    Plaintiff,

v.

DUKE PARTNERS II, LLC, *et al.*,

    Defendants.

Case No. C17-969RSL

ORDER OF DISMISSAL

On November 15, 2017, the Court issued an order requiring the parties to file a Joint Status Report by December 13, 2017. Dkt. # 25. On December 15, 2017, the Court issued another order directing the parties to file a Joint Status Report no later than Friday, January 5, 2018, and to show cause why sanctions, including dismissal, should not be imposed for their failure to comply with the Court's order. Dkt. # 26. On January 5, 2018, defendants filed a "Response to Order to Show Cause," Dkt. # 28, indicating that plaintiff has not communicated with them or made any attempt to arrange for a joint report.

The above-captioned matter is hereby DISMISSED without prejudice for failure to comply with the orders of this Court.

DATED this 5th day of February, 2018.

                                                                                                            _____
                                                        Robert S. Lasnik
                                                        United States District Judge

ORDER OF DISMISSAL - 1